IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFENET, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> MUSCULOSKELETAL TRANSPLANT FOUNDATION <br><br> Defendant/Counterclaim-Plaintiff. | Misc. Civil Action No. 1:07-mc-00224-CKK <br><br> Civil Action No. 3:06CV387-HEH (E.D. Va.) |

**UNOPPOSED MOTION AND INCORPORATED POINTS OF AUTHORITY
TO WITHDRAW THIRD PARTIES VAISHALI UDUPA AND JOHN S. HALE'S
MOTION TO QUASH, OR ALTERNATIVELY TO MODIFY,
SUBPOENAS PURSUANT TO FED. R. CIV. P. 45(C)(3)(A) AND 26(C)**

Movants and Third Parties Vaishali Udupa and John S. Hale respectfully move the Court to withdraw the Motion of Third Parties Vaishali Udupa and John S. Hale To Quash, Or Alternatively To Modify, Subpoenas Pursuant to Fed. R. Civ. P. 45(c)(3)(A) and 26(c) (the "Motion to Quash"), that was filed with the Court on May 24, 2007. Subsequent to filing the Motion to Quash, Movants and the parties have agreed to schedule the depositions of Movants Udupa and Hale at issue in the Motion to Quash and, therefore, at this time, the Motion to Quash is moot. *See, e.g., United States v. North*, Crim No. 88-0080-02, 1989 WL 38986, at *1 (D.D.C. Apr. 14, 1989) (denying motion to quash three subpoenas as moot given that parties had worked out agreement regarding necessity of testimony).

WHEREFORE, Movants respectfully request that their motion to withdraw be granted and the Court enter their proposed order provided with this motion.

Dated: June 4, 2007

                                                     Respectfully submitted,

                                                     _____
                                                     Danielle M. Hohos (Bar No. 485633)
                                                     JONES DAY
                                                     51 Louisiana Avenue, N.W.
                                                     Washington, D.C. 20001-2113
                                                     Tel. (202) 879-3939
                                                     *Counsel for Movants Vaishali Udupa*
                                                     *and John S. Hale*

OF COUNSEL:

Robert W. Gaffey
William J. Hine
Tracy V. Schaffer
JONES DAY
222 East 41st Street
New York, New York 10017
Tel: (212) 326-3939

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2007, I caused a true and correct copy of the foregoing Motion to Withdraw Third Parties Vaishali Udupa and John S. Hale's Motion to Quash or Alternatively to Modify Subpoenas Pursuant to Fed. R. Civ. P. 45 (c)(3)(A) and 26(c), to be served through this Court's CM/ECF system on all counsel registered with that system, and on the following counsel:

**VIA FEDERAL EXPRESS:**
Craig T. Merritt
R. Braxton Hill, IV
Christian & Barton LLP
909 East Main Street, Suite 1200
Richmond, VA 23219

**VIA HAND DELIVERY:**
W. Jackson Matney, Jr.
Robert W. Busby
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

_____
Danielle M. Hohos

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFENET, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> MUSCULOSKELETAL TRANSPLANT FOUNDATION <br><br> Defendant/Counterclaim-Plaintiff. | Misc. Civil Action No. 1:07-mc-00224-CKK <br><br> Civil Action No. 3:06CV387-HEH (E.D. Va.) |

**[PROPOSED] ORDER GRANTING THE MOTION TO WITHDRAW
THIRD PARTIES VAISHALI UDUPA AND JOHN S. HALE'S  MOTION TO QUASH,
OR ALTERNATIVELY TO MODIFY, SUBPOENAS
PURSUANT TO FED. R. CIV. P. 45(C)(3)(A) AND 26(C)**

Having considered the Motion to Withdraw Third Parties Vaishali Udupa and John S. Hale's Motion to Quash, Or Alternatively To Modify, Subponeas Pursuant to Fed. R. Civ. P. 45(c)(3)(A) and 26(c), dated May 31, 2007,

**IT IS HEREBY ORDERED THAT:**

The above-mentioned motion to withdraw is GRANTED and such motion is hereby withdrawn in its entirety.

**SO ORDERED**, this _____ day of _____, 2007.

_____
United States District Court Judge