IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFENET, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> MUSCULOSKELETAL TRANSPLANT FOUNDATION <br><br> Defendant/Counterclaim-Plaintiff. | Misc. Civil Action No. 1:07-mc-00224-CKK <br><br> Civil Action No. 3:06CV387-HEH (E.D. Va.) |

**ORDER GRANTING THE MOTION TO WITHDRAW
THIRD PARTIES VAISHALI UDUPA AND JOHN S. HALE'S MOTION TO QUASH,
OR ALTERNATIVELY TO MODIFY, SUBPOENAS
PURSUANT TO FED. R. CIV. P. 45(C)(3)(A) AND 26(C)**

Having considered the Motion to Withdraw Third Parties Vaishali Udupa and John S. Hale's Motion to Quash, Or Alternatively To Modify, Subponeas Pursuant to Fed. R. Civ. P. 45(c)(3)(A) and 26(c), dated May 31, 2007,

**IT IS HEREBY ORDERED THAT:**

The above-mentioned motion to withdraw is GRANTED and such motion is hereby withdrawn in its entirety.

SO ORDERED, this 4th day of June, 2007.

_____
United States District Court Judge